**Electronically Filed**
**Supreme Court**
**SCWC-17-0000317**
**14-NOV-2019**
**10:29 AM**

SCWC-17-0000317

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS P. KAHAWAIOLAA,
Respondent/Plaintiff-Appellant,

vs.

HAWAIIAN SUN INVESTMENTS, INC., a Hawaii Domestic Corporation,
RONALD J. BLANSET and JANICE M. BLANSET,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000317; CIVIL NO. 15-1-0180)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellees Hawaiian Sun Investments, Inc., Ronald J. Blanset, and Janice M. Blanset's application for writ of certiorari filed on October 1, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, November 14, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

